# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OSCAR RAUL LOZADA TOSCANO,<br><br>*Petitioner*,<br><br>v.<br><br>LUIS SOTO, et al.<br><br>*Respondents.* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 2:26-cv-07803-JKS<br><br>Judge Jamel K. Semper, U.S.D.J |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Oscar Raul Lozada Toscano, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Respondents Luis Soto, Todd Blanche, Marcos Charles, Marwayne Mullin, David Venturella Tsoukaris.

No Respondent has served an answer or a motion for summary judgment in this action; dismissal by notice is therefore proper under Rule 41(a)(1)(A)(i).

Date: July 21, 2026

Respectfully submitted,

s/   Franklin S. Montero

SO ORDERED

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**

**7/22/2026**

Franklin S. Montero Esq.
Law Office of Franklin S. Montero
451 Clifton Ave
Clifton, NJ 07011
Montero@fmonterolaw.com
(973) 777-8718